UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROL BARTLETT,

Plaintiff,

v.

ARIF MIR, et al.,

Defendants.

Case No. 26-cv-04773-AGT

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**

Dkt. No. 27

Having considered the parties' request for an early ADR referral, the Court refers the matter for random assignment to a United States Magistrate Judge to conduct a settlement conference at a time that is convenient for the assigned Magistrate Judge. The parties will be advised of the date, time, and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: August 14, 2026

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California